IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EDDIE LEE PATRICK, JR.
ADC #94049                                                                                    PLAINTIFF

v.                           No. 4:26-cv-20-DPM

DEXTER PAYNE, Director, Arkansas
Department of Corrections; CYMBER
TADLOCK, Public Defender/Prosecutor,
Prosecuting Attorney's Office; and KIM
BRIDGEFORTH, Prosecutor/Circuit
Traffic Judge, Jefferson County Circuit
Court                                                                                         DEFENDANTS

ORDER

I recuse. I was on the Arkansas Court of Appeals when Patrick's direct appeal was decided. I have no memory of his case. But I may have voted on motions in it and any petition for rehearing. It would be better for a judge with no potential connection to address his § 1983 complaint. The Clerk must therefore reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 January 2026